# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELEAZAR TEODORO-BASILIO, <br><br> Petitioner, <br><br> v. <br><br> LINDA SANDERS, <br><br> Respondent. | No. CV 12-00394-SVW (VBK) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the United States Magistrate Judge; (2) Respondent's Motion to Dismiss is granted; and (3) the Petition is dismissed.

DATED: September 27, 2012

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE