UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELEAZAR TEODORO-BASILIO, | ) | No. CV 12-00394-SVW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: September 27, 2012

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE